Connie J. Mableson (Az Bar # 010665)
CONNIE J. MABLESON, PLLC
1938 E. Osborn Road
Phoenix, AZ 85016
Tel: 602-277-8100

*Attorney for Plaintiff*
*Brandt Engineers Group, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| BRANDT ENGINEERS GROUP, LTD d/b/a BRANDT ENGINEERS,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT ROBERTS and JANE DOE ROBERTS; AMARILLO MHC, LLC d/b/a COUNTRY ESTATES; WEST AMARILLO MHC, LLC; ROBERTS RESORTS, LTD.; CHAD HARKIN and JANE DOE HARKIN; OJD ENGINEERING, LP; OJD MANAGEMENT, LLC; MARCUS CHE SHADLE and JANE DOE SHADLE; ADVANCED PAVEMENT MAINTENANCE, LTD.; LAKESIDE PAVING MATERIALS, LLC; GLENN E. BRAUDT and JANE DOE BRAUDT; and LARRY S. KNUTSON and JANE DOE KNUTSON.<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT, FOR CONTRIBUTORY COPYRIGHT INFRINGEMENT, AND/OR VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>(JURY TRIAL REQUESTED) |

Plaintiff Brandt Engineers Group, Ltd. ("Brandt" or "Plaintiff"), by and through its attorneys, alleges upon information and belief, as follows:

## THE PARTIES

1. Plaintiff BRANDT ENGINEERS GROUP, LTD. ("Brandt" or "Plaintiff"), is a Texas limited partnership, with its principal place of business at 4537 Canyon Drive, Amarillo, Randall County, Texas 79110.

2. Plaintiff is informed and believes that SCOTT ROBERTS and JANE DOE ROBERTS ("Roberts") reside in Scottsdale, Arizona.

3. Plaintiff is informed and believes that AMARILLO MHC, LLC ("Amarillo/Country Estates"), is a Texas member- managed limited liability company with its principal place of business at 1501 S. MO PAC Expy, Ste 325, Austin, Texas, 78746. Amarillo MHC does business under a designated trade name as "Country Estates". Plaintiff is informed and believes that Roberts is a Member of Amarillo/Country Estates.

4. Plaintiff is informed and believes that WEST AMARILLO MHC, LLC ("West Amarillo"), is a Texas limited liability company with its principal place of business at 8350 E. Raintree Dr., Ste. 220, Scottsdale, Arizona, 85260. Plaintiff is informed and believes that Amarillo/Country Estates is the sole director of West Amarillo.

5. Plaintiff is informed and believes that ROBERTS RESORTS, LTD. ("Roberts Resorts"), is a limited partnership registered to do business in Arizona, with its principal place of business at 8350 E. Raintree Dr., Ste. 220, Scottsdale, Arizona, 85260. Plaintiff is informed and believes that Roberts is the Chairman and Chief Executive Officer of Roberts Resorts.

6. Plaintiff is informed and believes that CHAD HARKIN and JANE DOE HARKIN reside in Austin, Texas. Plaintiff is informed and believes that CHAD HARKIN ("Harkin") is an employee of Roberts Resorts, Amarillo/Country Estates,

and/or West Amarillo.

7. Plaintiff is informed and believes that OJD ENGINEERING, LP ("OJD LP"), is a Texas limited partnership with its principal place of business at 804 East Avenue, Wellington, Texas.

8. Plaintiff is informed and believes that OJD MANAGEMENT, LLC ("OJD LLC"), is a Texas limited liability company with its principal place of business at 804 East Avenue, Wellington, Texas 79095. Plaintiff is informed and believes that OJD LLC is the general partner of OJD LP.

9. Plaintiff is informed and believes that MARCUS CHE SHADLE and JANE DOE SHADLE reside in Clarendon, Texas. Plaintiff is informed and believes that MARCUS CHE SHADLE ("Shadle") is an employee of OJD LLC and is the Managing Member of OJD LLC.

10. Plaintiff is informed and believes that ADVANCED PAVEMENT MAINTENANCE, LTD. ("Advanced Pavement"), is a Texas limited partnership with it principal place of business at 300 N. Lakeside, Amarillo, Texas 79118.

11. Plaintiff is informed and believes that LAKESIDE PAVING MATERIALS, LLC ("Lakeside"), is a Texas limited liability company with its principal place of business at 300 N. Lakeside, Amarillo, TX 79118. Plaintiff is informed and believes that Lakeside is the general partner of Advanced Pavement.

12. Plaintiff is informed and believes that GLENN E. BRAUDT and JANE DOE BRAUDT reside in Amarillo, Texas. Plaintiff is informed and believes that GLENN E. BRAUDT ("Braudt") is an employee of Lakeside and is a Member and Director of Lakeside.

13. Plaintiff is informed and believes that LARRY S. KNUTSON and JANE DOE KNUTSON reside in Amarillo, Texas. Plaintiff is informed and believes that LARRY S. KNUTSON ("Knutson") is an employee of Lakeside and is a Member and Director of Lakeside.

14. Plaintiff is informed and believes, and on that basis alleges, that at

all times relevant hereto that each of Defendants Roberts, Amarillo/Country Estates, West Amarillo, Roberts Resorts, and Harkin (collectively, the "Roberts's Defendants"), was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of one or more of Robert's Defendants and was at all times acting with the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

15. Plaintiff is informed and believes, and on that basis alleges, that at all times relevant hereto that each of Defendants OJD LP, OJD LLC and Shadle (collectively, the "OJD Defendants"), was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of one or more of the OJD Defendants and was at all times acting with the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

16. Plaintiff is informed and believes, and on that basis alleges, that at all times relevant hereto that each of Defendants Advanced Pavement, Lakeside, Braudt, and Knutson (collectively, the "Advanced Pavement Defendants"), was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of one or more of the Advanced Pavement Defendants and was at all times acting with the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full

knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## JURISDICTION AND VENUE

17. This is an action for copyright infringement arising under the Copyright Act of 1976, Title 17 U.S.C. §§ 101 et seq.

18. This Court has jurisdiction of this action under 28 U.S.C. § 1331, 1338(a).

19. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a).

## BACKGROUND FACTS

20. Plaintiff incorporates by reference all allegations set forth in paragraphs 1 through 19 as though fully set forth herein.

21. Brandt is a civil engineering firm that performs civil engineering services for others. As part of its business, it creates technical drawings and designs for infrastructure improvements relating to the development and construction of real estate projects.

22. Plaintiff is informed and believes that Amarillo/Country Estates and West Amarillo are co-owners of certain real estate located at 7900 West 81st Avenue, Amarillo, Texas (the "Real Property"). Plaintiff is informed and believes that the Real Property is operated by Roberts Resorts under the trade name "Country Estates" (such trade named being owned by Amarillo/Country Estates).

23. In 2015 Brandt and Amarillo/Country Estates executed certain contracts for Brandt to create technical drawings for infrastructure improvements to the Real Property consisting of a (1) water distribution system, (2) waste water collection system, (3) street paving, and (4) drainage (collectively the "Agreements").

24. Brandt created such technical drawings and applied for and obtained 4 registered copyrights from the United States Copyright Office as follows (collectively, the "Copyrighted Technical Drawings"):

> Country Estates Technical Drawings – Sanitary Sewer Collection System Improvements, Registration No. VAu1-338-754, issued on December 12, 2018 attached hereto as Exhibit "A";
>
> Country Estates Technical Drawings – Water Distribution System, Registration No. VAu1-338-755, issued on December 12, 2018, attached hereto as Exhibit "B";
>
> Country Estates Technical Drawings – Pavement and Drainage Registration No. VAu1-338-555, issued on December 11, 2018, attached hereto as Exhibit "C"; and
>
> Country Estates Technical Drawings – Pavement and Drainage Improvements Plaza Drive, Registration No. VAu1-338-782, issued on December 13, 2018, attached hereto as Exhibit "D".

The Copyrighted Technical Drawings include the technical drawings as originally created, modified, and prepared by Plaintiff as the "final" set, including all derivatives therefrom.

## FIRST CLAIM FOR RELIEF

## (Copyright Infringement – Against all Defendants))

25. Plaintiff incorporates by reference all allegations set forth in paragraphs 1 through 24 as though fully set forth herein.

26. At all times relevant hereto, Brandt has been and still is the owner of valid and subsisting copyrights in and to the Copyrighted Technical Drawings and is the holder of the exclusive rights under the United States Copyright Act of 1976 (as amended, 17 U.S.C. § 101 et seq., the "Copyright Act") to copy/reproduce, distribute, and/or make derivative works therefrom.

27. After the Agreements were executed by and between Brandt and

Amarillo/Country Estates, Defendant Amarillo/Country Estates failed to fully pay and compensate Brandt for its engineering services, thereby constituting a default of the Agreements allowing Brandt to terminate its services under the Agreements.

28. Brandt made certain demands on Roberts and Amarillo/Country Estates to make full payment and cease and desist from making copies of, distributing, or making derivative works of and from the Copyrighted Technical Drawings.

29. Plaintiff is informed and believes that in spite of Brandt's demands, Defendants Roberts and Amarillo/Country Estates not only retained the Copyrighted Technical Drawings, but made unauthorized copies/reproductions and distributed said copies to multiple third parties including the Roberts Defendants, the OJD Defendants and the Advanced Paving Defendants, for the sole purposes of further copying, for use in the creation of unauthorized derivative works by the Defendants, and ultimately for use in the continued construction of the infrastructure improvements to the Real Property, all in further violation of Brandt's exclusive rights under the Copyright Act.

30. Plaintiff is informed and believes that without the knowledge or permission of Brandt, the Roberts Defendants, OJD Defendants, and Advanced Pavement Defendants made unauthorized copies/reproductions of Brandt's Copyrighted Technical Drawings.

31. Plaintiff is informed and believes that without the knowledge or permission of Brandt, the Roberts Defendants, OJD Defendants, and Advanced Pavement Defendants distributed Brandt's Copyrighted Technical Drawings.

32. Plaintiff is informed and believes that without the knowledge or permission of Brandt, the Roberts Defendants, OJD Defendants, and Advanced Pavement Defendants created derivative works from Brandt's Copyrighted Technical Drawings.

33. Plaintiff is informed and believes that by Defendants' conduct herein, including Defendants' reproduction, distribution, and creation of derivative works of and from the Copyrighted Technical Drawings, without Plaintiff's permission,

Defendants' have directly infringed Plaintiff's exclusive rights in the Copyrighted Technical Drawings in violation of Section 501 of the Copyright Act, 17 U.S.C. §501.

34. As a direct and proximate result of Defendants infringing conduct alleged herein, Defendants have realized unlawful and unjust profits, and Brandt is entitled to disgorgement of Defendant's profits directly and indirectly attributable to the infringement of the Copyrighted Technical Drawings in an amount to be proven at trial.

35. Plaintiff is informed and believes that Defendants have committed all of the acts of direct infringement deliberately, willfully, intentionally, maliciously and oppressively, without regard to Brandt's exclusive proprietary rights in violation of, *inter alia*, 17 U.S.C. § 504(a).

36. Plaintiff is informed and believes that Defendants, and each of them, have acted with knowledge and/or reckless disregard disregard of Plaintiff's rights, and such acts of copyright infringement as alleged herein were, and continue to be willful, intentional, and malicious, thereby subjecting Defendants and each of them to liability. Furthermore, Plaintiff is informed and believes that Defendants, and each of them, willfully and intentionally misappropriated and/or infringed Brandt's Copyrighted Technical Drawings which renders Defendants, and each of them, liable for damages as described herein.

37. As a direct and proximate result of Defendants infringing conduct alleged herein, Defendants have realized unlawful and unjust profits, and Brandt is entitled to disgorgement of Defendant's financial benefit and/or profits directly and indirectly attributable infringement of the Copyrighted Technical Drawings, in an amount to be proven at trial.

**SECOND CLAIM FOR RELIEF**
**(For Contributory Copyright Infringement and/or Vicarious Copyright Infringement–Against All Defendants)**

38. Plaintiff incorporates by reference all allegations set forth in paragraphs 1 through 37 as though fully set forth herein

39. Plaintiff is informed and believes that Defendants, and each of them, knowingly induced, caused, facilitated, participated in, aided and abetted, or materially contributed to and resultantly profited from the unauthorized copying, distribution, and/or creation of derivative works of and from Brandt's Copyrighted Technical Drawings as alleged herein.

40. Plaintiff is informed and believes that Defendants, and each of them, are vicariously liable for the infringement alleged herein because each had the right and ability to supervise the unauthorized infringing conduct and because each received a direct financial benefit and/or interest in and/or from the infringing conduct.

41. By reason of the Defendants', and each of their, acts of contributory and/or vicarious infringement as alleged above, Brandt has suffered and will continue to suffer general and special damages to its business in an amount to be established at trial.

42. Plaintiff is informed and believes that due to Defendants' acts of contributory and/or vicarious copyright infringement, Defendants, and each of them, have obtained direct and indirect financial benefit and profit they would otherwise not have realized but for their infringement of the Copyrighted Technical Drawings. As such, Brandt is entitled to disgorgement of Defendants' financial benefit and/or profits directly and indirectly attributable to Defendants' infringement of the Copyrighted Technical Drawings in an amount to be established at trial.

43. Plaintiff is informed and believes that Defendants' actions of contributory and/or vicarious infringement infringement of the Copyrighted Technical Drawings was willful because the Defendants', and each of them, were actually aware of the infringement or the Defendants' actions were the result of reckless disregard for or willful blindness to Brandt's rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

1. Enter a judgment that each Defendant has infringed Plaintiff's Copyrighted Technical Drawings;
2. Enter a judgment that each Defendant has contributorily infringed Plaintiff's Copyrighted Technical Drawings;
3. Enter a judgment that each Defendant has vicariously infringed Plaintiff's Copyrighted Technical Drawings;
4. Enter a judgment against each of the Defendants that such acts of infringement was willful;
5. Order each of the Defendants to cease all copying, distribution, and making derivative works of the Copyrighted Technical Drawings;
6. Enter a judgement ordering each of the Defendants to deliver to Plaintiff all unauthorized copies and all derivative works of or relating to the Copyrighted Technical Drawings;
7. Enter a judgement that awards Plaintiff all losses of Plaintiff, the exact sum to be proven at trial, as may be available under the Copyright Act;
8. In the alternative and at the option of Plaintiff, enter a judgment that awards Plaintiff statutory damages as may be available under the Copyright Act;
9. Enter a judgment for willful damages;
10. Enter a judgment for interest accrued as may be available under the

Copyright Act;

11. Enter a judgment that Plaintiff recover its attorneys' fees and costs of suit incurred herein as available under the Copyright Act; and

12. Enter a judgment for such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a jury trial on all issues so triable.

Respectfully submitted this 11th day of January, 2019.

CONNIE J. MABLESON, PLLC

By [signature]

**Connie J. Mableson, SBN 010665**
1938 E. Osborn Rd.
Phoenix, Arizona 85016
Tel: 602-277-8100
connie@mablesonlaw.com
**Attorney for Plaintiff,**
**Brandt Engineers Group, Ltd.**

# EXHIBIT "A"

Copyright Registration: Country Estates Technical Drawings – Sanitary Sewer Collection System Improvements, Registration No. VAu1-338-754

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-338-754**
**Effective Date of Registration:**
December 12, 2018

## Title

**Title of Work:** Country Estates Technical Drawings - Sanitary Sewer Collection System Improvements

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Brandt Engineers Group, Ltd
  **Author Created:** technical drawing
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brandt Engineers Group, Ltd
4537 Canyon Dr., Amarillo, TX, 79110, United States

## Rights and Permissions

**Organization Name:** Venjuris, P.C.
**Name:** Carey Anthony
**Email:** pto_cba@venjuris.com
**Telephone:** (602)631-9100
**Address:** 1938 E. Osborn Road
Phoenix, AZ 85016 United States

## Certification

**Name:** Carey Anthony
**Date:** December 12, 2018

**EXHIBIT "B"**

Copyright Registration: Country Estates Technical Drawings – Water Distribution System, Registration No. VAu1-338-755

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-338-755**
**Effective Date of Registration:**
December 12, 2018

## Title

**Title of Work:** Country Estates Technical Drawings - Water Distribution System

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Brandt Engineers Group, Ltd
  **Author Created:** technical drawing
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brandt Engineers Group, Ltd
4537 Canyon Dr., Amarillo, TX, 79110, United States

## Rights and Permissions

**Organization Name:** Venjuris, P.C.
**Name:** Carey Anthony
**Email:** pto_cba@venjuris.com
**Telephone:** (602)631-9100
**Alt. Telephone:** (602)631-9100
**Address:** 1938 E. Osborn Road
Phoenix, AZ 85016 United States

## Certification

**Name:** Carey Anthony
**Date:** December 12, 2018

**EXHIBIT "C"**

Copyright Registration: Country Estates Technical Drawings – Pavement and Drainage Registration No. VAu1-338-555

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-338-555**
**Effective Date of Registration:**
December 11, 2018

## Title

**Title of Work:** Country Estates Technical Drawings - Pavement and Drainage

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Brandt Engineers Group, Ltd
  **Author Created:** technical drawing
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Brandt Engineers Group, Ltd
4537 Canyon Dr., Amarillo, TX, 79110, United States

## Rights and Permissions

**Organization Name:** Venjuris, P.C.
**Name:** Carey Anthony
**Email:** pto_cba@venjuris.com
**Telephone:** (602)631-9100
**Address:** 1938 E. Osborn Road
Phoenix, AZ 85016 United States

## Certification

**Name:** Carey Anthony
**Date:** December 11, 2018
**Applicant's Tracking Number:** PHCA0960-003

**EXHIBIT "D"**

Copyright Registration: Country Estates Technical Drawings – Pavement and Drainage Improvements Plaza Drive, Registration No. VAu1-338-782

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-338-782**
**Effective Date of Registration:**
December 13, 2018

## Title

**Title of Work:** Country Estates Technical Drawings - Pavement & Drainage Improvements Plaza Drive

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Brandt Engineers Group, Ltd
  **Author Created:** technical drawing
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brandt Engineers Group, Ltd
4537 Canyon Dr., Amarillo, TX, 79110, United States

## Rights and Permissions

**Organization Name:** Venjuris, P.C.
**Name:** Carey Anthony
**Email:** pto_cba@venjuris.com
**Telephone:** (602)631-9100
**Alt. Telephone:** (602)631-9100
**Address:** 1938 E. Osborn Road
Phoenix, AZ 85016 United States

## Certification

**Name:** Carey Anthony